William OWENS v. STATE of Arkansas

705 S.W.2d 892

Supreme Court of Arkansas
Opinion delivered March 31, 1986

*John F. Gibson, Jr.*, for appellant.

No response.

Per Curiam. The appellant, by his attorney, John F. Gibson, Jr., has filed a motion for a rule to require the clerk to file the record in this case after the expiration of the time allowed. The attorney admits that the delay in filing the record was his fault.

■ The motion for a rule on the clerk is granted. See our per curiam order of February 5, 1979, 265 Ark. 964.

· ·A copy of this opinion will be forwarded to the Committee on Professional Conduct.

PURTLE, J., not participating.